

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00042-CV

_____

MARTIN JIMENEZ, Appellant

V.

PILGRIM'S PRIDE CORPORATION, Appellee

On Appeal from the 276th District Court
Camp County, Texas
Trial Court No. CV-14-2436

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Martin Jimenez timely filed a notice of appeal June 23, 2016.  The clerk's record was filed August 1, 2016.  The reporter's record was filed August 5, 2016.  Jimenez' brief was due to be filed in this Court on September 6, 2016.  When neither a brief nor a motion to extend time for filing same was received by September 6, this Court advised Jimenez by letter dated September 22, 2016, that the brief was late.  We further extended the deadline for filing the brief to October 7, 2016.  We warned Jimenez that failure to file the brief by October 7, 2016, would subject this appeal to dismissal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We have received no responsive communication from Jimenez and have not received his appellate brief.  Having not received any response to this Court's letter of September 22, 2016, Jimenez' appeal is ripe for dismissal for want of prosecution.  Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).



Ralph K. Burgess
Justice

Date Submitted:     October 25, 2016
Date Decided:       October 26, 2016